```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00174
   BARRY W MCGLYNN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-8200


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/05/08 .

   2.  The case was dismissed without confirmation, 05/16/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG          .00              .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE  NOT FILED               .00            .00
HSBC MORTGAGE SERVICES     SECURED                .00              .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE  NOT FILED               .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED               .00            .00
AAMS LIC                   UNSECURED      NOT FILED               .00            .00
ADVOCATE LUTHERAN GENERA   UNSECURED      NOT FILED               .00            .00
AMERICAN EXPRESS           UNSECURED      NOT FILED               .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED               .00            .00
CENTRAL COLLECTION BUR     UNSECURED      NOT FILED               .00            .00
CERTIFIED SERVICES INC     UNSECURED      NOT FILED               .00            .00
DELL FINANCIAL SERVICES    UNSECURED      NOT FILED               .00            .00
FALLS COLLECTION SVC       UNSECURED      NOT FILED               .00            .00
HSBC                       UNSECURED      NOT FILED               .00            .00
HSBC                       UNSECURED      NOT FILED               .00            .00
HSBC                       UNSECURED      NOT FILED               .00            .00
HSBC                       UNSECURED      NOT FILED               .00            .00
ILLINOIS COLLECTION        UNSECURED      NOT FILED               .00            .00
CRYSTAL LAKE OB GYN ASSO   UNSECURED      NOT FILED               .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED               .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID

NICOR GAS                  UNSECURED      NOT FILED               .00            .00
NORTHERN MORAINE WATER R   UNSECURED      NOT FILED               .00            .00
NORTHWEST COLLECTORS       UNSECURED      NOT FILED               .00            .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED               .00            .00
QUEST DIAGNOSTICS          UNSECURED      NOT FILED               .00            .00
SENEX SERVICES             UNSECURED      NOT FILED               .00            .00
TRI COUNTY ER PHYSICIANS   UNSECURED      NOT FILED               .00            .00
MELINDA WILLSEY            CHILD SUPPORT  NOT FILED               .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
```

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00          .00          .00          .00          .00
PRINCIPAL PAID                  .00          .00          .00          .00          .00
INTEREST PAID                   .00          .00          .00          .00          .00
TOTAL PAID                      .00          .00          .00          .00          .00
```

The Debtor's attorney, ERICK BOHLMAN ESQ           , was allowed $         .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE